**MAGISTRATE'S CRIMINAL MINUTES**
**COMPLAINT**

DATE: 3/11/15 @ 10:05

TAPE: FTR @ _____

TIME IN COURT: 26 mins

MAGISTRATE JUDGE E. CLAYTON SCOFIELD III                ANGELA SMITH DEPUTY CLERK

CASE NUMBER  1:15-mJ-169            DEFENDANT'S NAME  Jeorge Winston Collier
AUSA  Garrett Bradford               DEFENDANT'S ATTY  Scott Fortas
                                     Type Counsel (circle) (Retained)  CJA  FDP  WAIVED
USPO/PTR _____

_____ Initial appearance hearing held.
_____ Interpreter _____ sworn.

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant. (_____ INITIAL APPEARANCE)
_____ ORDER appointing _____ as counsel for defendant.
_____ ORDER defendant to pay attorney's fees as follows: _____
_____ ORDER giving defendant _____ to employ counsel ( ) Verbal ( ) cc by courtroom deputy

## PRELIMINARY HEARING

✓ Preliminary hearing set/reset/cont to  3/23/15  @  2:00 pm
_____ Defendant WAIVES preliminary hearing. _____ WAIVER FILED.  Dft's oral motion to adopt [Doc. No 20] GRANTED, [Doc. No 20] GRANTED
_____ Preliminary hearing HELD. _____ Probable cause found; defendant held to District Court.
✓ Miscellaneous:  Judge allowed withdraw of the preliminary hearing waiver.

## BOND/PRETRIAL DETENTION HEARING

_____ Government Motion for Detention filed. Pretrial Detention Hearing set for _____ @ _____
_____ Temporary Commitment issued.   Remanded to USM.
✓ Bond/Pretrial detention hearing held.
✓ Government Motion for detention  ✓ GRANTED _____ DENIED.
✓ Pretrial detention ordered.  (Written order to follow ✓ ).
_____ BOND set at $ _____ NON SURETY _____ SURETY _____
       _____ cash _____ property _____ corporate surety ONLY
_____ SPECIAL CONDITIONS: _____

_____ Bond filed, defendant released.
_____ Bond not executed, defendant to remain in Marshal's custody.
_____ Motion (verbal _____) to reduce/revoke bond hearing held.
_____ Motion to reduce/revoke bond _____ GRANTED _____ DENIED

_____ SEE PAGE 2