**MAGISTRATE'S CRIMINAL MINUTES**
**COMPLAINT**

DATE: 3/23/15 @ 2:07

TAPE: FTR @ _____

TIME IN COURT: 1 hour

MAGISTRATE JUDGE E. CLAYTON SCOFIELD III          ANGELA SMITH DEPUTY CLERK

CASE NUMBER 1:15-mj-169-ECS          DEFENDANT'S NAME George Winston Collier

AUSA Garrett Bradford          DEFENDANT'S ATTY Ricky Richardson
                               Type Counsel (circle) (Retained) CJA  FDP  WAIVED

USPO/PTR _____

_____ Initial appearance hearing held.
_____ Interpreter _____ sworn.

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant. (_____ INITIAL APPEARANCE)
_____ ORDER appointing _____ as counsel for defendant.
_____ ORDER defendant to pay attorney's fees as follows: _____
_____ ORDER giving defendant _____ to employ counsel ( ) Verbal ( ) cc by courtroom deputy

## PRELIMINARY HEARING

_____ Preliminary hearing set/reset/cont to _____ @ _____
_____ Defendant WAIVES preliminary hearing. _____ WAIVER FILED.
✓ Preliminary hearing HELD.  ✓ Probable cause found; defendant held to District Court.
_____ Miscellaneous: _____

## BOND/PRETRIAL DETENTION HEARING

_____ Government Motion for Detention filed. Pretrial Detention Hearing set for _____ @ _____
_____ Temporary Commitment issued.     Remanded to USM.
_____ Bond/Pretrial detention hearing held.
_____ Government Motion for detention _____ GRANTED _____ DENIED.
_____ Pretrial detention ordered.   (Written order to follow _____).
_____ BOND set at $ _____ NON SURETY _____ SURETY _____
      _____ cash _____ property _____ corporate surety ONLY
_____ SPECIAL CONDITIONS: _____

_____ Bond filed, defendant released.
_____ Bond not executed, defendant to remain in Marshal's custody.
_____ Motion (verbal _____) to reduce/revoke bond hearing held.
_____ Motion to reduce/revoke bond _____ GRANTED _____ DENIED

✓ SEE PAGE 2

Page 2     Defendant: _George Winston Collier_     Case No.: _1:15-MJ-169_
           Date: _3/23/15_

**WITNESSES:**

G1- Ennis Clark · GBI Agent + Task Force Agent

**EXHIBITS:**

G1- Criminal Complaint in case # 1:15-MJ-169 - Admitted

Original Exhibits ____ RETAINED by the Court  ✓ RETURNED to counsel