**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta
MAR 2 4 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEORGE COLLIER AND<br>ERIC SWINEY | Criminal Indictment<br><br>No. 1:15-CR-0107 |

THE GRAND JURY CHARGES THAT:

**Count One**

On or about June 13, 2014, in the Northern District of Georgia, the defendants,

JEORGE COLLIER, and

ERIC SWINEY,

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

**Count Two**

On or about June 13, 2014, in the Northern District of Georgia, the defendant,

JEORGE COLLIER

did knowingly possess a firearm, that is, an FN Herstal model Five-Seven 57 caliber pistol bearing serial number 386214691, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States,

that is, possession with the intent to distribute a controlled substance, said act involving at least five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## Forfeiture

Upon conviction of the offenses alleged in Count One of this Indictment, the defendants:

JEORGE COLLIER, and

ERIC SWINEY,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

(a) MONEY JUDGMENT:   A sum of money in United States currency representing (1) the amount of proceeds obtained as a result of the offense, or conspiracy to commit such offense, for which the defendant is convicted; and (2) the amount of money spent to facilitate the offense, or conspiracy to commit such offense, for which the defendant is convicted. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable.

If any of the above described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A __TRUE__ BILL

_____
FOREPERSON

JOHN A. HORN
  *Acting United States Attorney*

*/s/ Garrett L. Bradford*

GARRETT L. BRADFORD
  *Assistant United States Attorney*
Georgia Bar No. 074374
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3