# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:15-cr-00107-MHC-ECS
### USA v. Collier et al
### Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Open Court on 04/27/2015.

TIME COURT COMMENCED: 10:04 A.M.
TIME COURT CONCLUDED: 10:10 A.M.
TIME IN COURT: 00:06
OFFICE LOCATION: Atlanta

DEPUTY CLERK: Angela Smith

| | |
|---|---|
| DEFENDANT(S): | [1]Jeorge Collier NOT Present at proceedings<br>[2]Eric Swiney NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Garrett Bradford representing USA<br>Dennis O'Brien representing Eric Swiney<br>Rickey Richardson representing Jeorge Collier |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[47]Motion to Suppress Search and Seizure STRICKEN The brief is stricken, but with leave to re-file the motion by 5/5/15. DFT#2-[45]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT A suppression motion is to be set. |